## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **ROBERT WESTGATE,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 08-4136-JAR** |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| **COMMISSIONER OF** | ) | |
| **SOCIAL SECURITY,** | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

### ORDER ADOPTING RECOMMENDATION AND REPORT

Ten days having passed, and no written objections being filed to the proposed findings and recommendations filed by Magistrate Judge John Thomas Reid, and after a de novo determination upon the record pursuant to Fed. R. Civ. P. 72(b), the Court accepts the recommended decision and adopts it as its own.

**IT IS THEREFORE ORDERED** that plaintiff's application for leave to file action *in forma pauperis* is DENIED in accordance with the November 14, 2008 Recommendation and Report (Doc. 4).

**IT IS SO ORDERED**.

Dated this 2nd day of December 2008.

      S/ Julie A. Robinson
      **Julie A. Robinson**
      **United States District Judge**