# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| ROBERT WESTGATE, | ) | |
|       Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 08-4136-JAR |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
|       Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Fourteen days having passed, and no written objections being filed to the proposed findings and recommendations filed by Magistrate Judge Gerald B. Cohn, and after a *de novo* determination upon the record pursuant to Fed. R. Civ. P. 72(b), the Court accepts the recommended decision and adopts it as its own.

**IT IS THEREFORE ORDERED** that the decision of the Commissioner be affirmed, pursuant to the fourth sentence of 42 U.S.C. § 405(g), in accordance with the January 20, 2010 Report and Recommendation (Doc. 25).

**IT IS SO ORDERED**.

Dated: March 8, 2010

                                                S/ Julie A. Robinson
                                                JULIE A. ROBINSON
                                                UNITED STATES DISTRICT JUDGE